

AUSA Mary Katherine McClelland (312) 353-0517

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:25-cr-00678 |
| v. | BETH W. JANTZ Magistrate Judge |
| RASHAD BARKSDALE | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, RYAN J. MOORE, appearing before United States Magistrate Judge BETH W. JANTZ by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that RASHAD BARKSDALE has been charged by Indictment in the Southern District of Iowa with the following criminal offenses: Conspiracy to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 846 (Count One); and Distribution of a Controlled Substance, in violation of Title 21 U.S.C. § 841(a)(1), 841(b)(1)(C) and Title 18 U.S.C. § 2 (Counts Two through Six).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

RYAN MOORE (Affiliate)
Digitally signed by RYAN MOORE (Affiliate)
Date: 2025.10.20 11:57:30 -05'00'

RYAN J. MOORE
Task Force Officer
Drug Enforcement Administration

SWORN TO AND AFFIRMED by telephone this 20th day of October, 2025.

BETH W. JANTZ
United States Magistrate Judge



FILED
OCT 16 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:25-cr-126 |
| v. | INDICTMENT |
| RASHAD DONTRELL BARKSDALE, also known as, "Moe," DEONTA DAVID HARDING, and BRANDON LEE MCCLAURIN, also known as, "Boosie," | T. 18 U.S.C. § 2<br>T. 21 U.S.C. § 841(a)(1)<br>T. 21 U.S.C. § 841(b)(1)(A)<br>T. 21 U.S.C. § 841(b)(1)(B)<br>T. 21 U.S.C. § 841(b)(1)(C)<br>T. 21 U.S.C. § 846 |
| Defendants. | |

THE GRAND JURY CHARGES:

## COUNT 1
### (Conspiracy to Distribute Controlled Substances)

From a date unknown, but by at least January 1, 2025, and continuing until October 15, 2025, in the Southern District of Iowa and elsewhere, the defendants, RASHAD DONTRELL BARKSDALE, also known as, "Moe," DEONTA DAVID HARDING, and BRANDON LEE MCCLAURIN, also known as, "Boosie," conspired, with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Section 846.

1

With respect to defendants RASHAD DONTRELL BARKSDALE, also known as, "Moe," and DEONTA DAVID HARDING, the conspiracy involved 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(A).

With respect to defendants RASHAD DONTRELL BARKSDALE, also known as, "Moe," and DEONTA DAVID HARDING, the conspiracy involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(B).

With respect to defendant BRANDON LEE MCCLAURIN, also known as, "Boosie," the conspiracy involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Distribution of a Controlled Substance)**

On or about May 1, 2025, in the Southern District of Iowa, the defendant, RASHAD DONTRELL BARKSDALE, also known as, "Moe," knowingly and intentionally distributed a controlled substance, namely a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
### (Distribution of a Controlled Substance)

On or about August 19, 2025, in the Southern District of Iowa, the defendants, RASHAD DONTRELL BARKSDALE, also known as, "Moe," and DEONTA DAVID HARDING, knowingly and intentionally distributed a controlled substance, namely a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (Distribution of a Controlled Substance)

On or about August 27, 2025, in the Southern District of Iowa, the defendants, RASHAD DONTRELL BARKSDALE, also known as, "Moe," DEONTA DAVID HARDING, and BRANDON LEE MCCLAURIN, also known as, "Boosie," knowingly and intentionally distributed a controlled substance, namely a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

3

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
### (Distribution of a Controlled Substance)

On or about September 3, 2025, in the Southern District of Iowa, the defendant, RASHAD DONTRELL BARKSDALE, also known as, "Moe," knowingly and intentionally distributed a controlled substance, namely a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 6
### (Distribution of Controlled Substances)

On or about September 10, 2025, in the Southern District of Iowa, the defendants, RASHAD DONTRELL BARKSDALE, also known as, "Moe," and DEONTA DAVID HARDING, knowingly and intentionally distributed a controlled substance, namely: 5 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 7
(Distribution of Controlled Substances)

On or about September 24, 2025, in the Southern District of Iowa, the defendant, DEONTA DAVID HARDING, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL.

FOREPERSON

David C. Waterman
United States Attorney

By: _____
Mallory E. Weiser
MacKenzie Benson Tubbs
Assistant United States Attorneys

5

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:25-cr-126 |
| v. | ) | |
| Rashad Dontrell Barksdale | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rashad Dontrell Barksdale,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Distribute Controlled Substances, in violation of T. 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 846; and
Cts. 2-6: Distribution of a Controlled Substance, in violation of T. 21 U.S.C. § 841(a)(1), 841(b)(1)(C) and T. 18 U.S.C. § 2.

Date: 10/16/2025

WARRANT ISSUED
CHANDLOR G. COLLINS, Clerk
By: *[signature]*
DEPUTY CLERK

City and state: Des Moines, Iowa

Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*